**Sandra ROBINSON, Plaintiff–
Appellant,**

v.

**NIELSEN TV RATINGS,
Defendant–Appellee.**

**No. 11–2252.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2012.

Decided: March 7, 2012.

Sandra Robinson, Appellant Pro Se. John M. Barr, Crystal L. Norrick, Jackson Lewis, LLP, Richmond, Virginia, for Appellee.

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Robinson seeks to appeal the district court's November 8, 2011 order, denying her discovery motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Robinson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*